

**MetLife AIG-ANB Cooperative Insurance Co**
P.O Box - 56437, Riyadh - 11554, Saudi Arabia
Tel - +966-5109300 Fax - +966-5109396
Email - info@metlifeaiganb.com
Website - www.metlifeaiganb.com

# Tax Invoice

**Invoice To :**
DYNAMIC INDUSTRIES SAUDI ARABIA LTD CO
KHOBAR  BANDRYAH 4296
4296
0138871500

| | |
|---|---|
| **Invoice #** | : G/DN/2019/1481 |
| **Date** | : 14/11/2019 |
| **Our VAT ID** | : 300944868400003 |
| **Department** | : Branch 1 Khobar |
| **A/c No.** | : 1500300 - 701003 |
| **LOB Code** | : 101501 |
| **Insured** | : DYNAMIC INDUSTRIES SAUDI ARABIA LTD CO |

Marsh Saudi Arabia Insurance and Reinsurance
Brokers(Khobar)
Al Morouj Tower
7th floor Olaya Main Street
North. Riyadh

**Policy / Cert. No.**     :  P/11/706/24

**Period From :**  12/01/2017        **Period To :**  11/01/2021
**Risk Cover  :**  Construct Primary Casualty-RT

*Please note that we have  DEBITED  your account as follows :*

| Description | Amount In SAR |
|---|---:|
| Being Premium (Exclusive of VAT) on Construct Primary Casualty-RT Policy No. P/11/706/24 with 'Your ref. no. CGL cover the Project : Pipe Replacement at Berri Oil Field,' | 1,814,516.00 |
| VAT Calculated at 5 % | 90,725.80 |
| **Total Amount Including VAT :** | 1,905,241.80 |

SAR ONE MILLION NINE HUNDRED FIVE THOUSAND TWO HUNDRED FORTY-ONE AND HALALEH EIGHTY ONLY

Approved By:    Qasim Mughal

Authorized Signatory

**EXHIBIT 1**



anb cooperative insurance

**MetLife AIG-ANB Cooperative Insurance Co**
P.O Box - 56437, Riyadh - 11554, Saudi Arabia
Tel - +966-5109300 Fax - +966-5109396
Email - info@metlifeaiganb.com
Website - www.metlifeaiganb.com

## Credit Note

**Invoice To :**
Marsh Saudi Arabia Insurance and Reinsurance
Brokers(Khobar)
Al Morouj Tower
7th floor Olaya Main Street
North. Riyadh

| | |
|---|---|
| **Invoice #** | : B/CN/2019/1604 |
| **Date** | : 14/11/2019 |
| **Our VAT ID** | : 300944868400003 |
| **Department** | : Branch 1 Khobar |
| **A/c No.** | : 2500300 - 701003 |
| **LOB Code** | : 101501 |

**Policy / Cert. No.** : P/11/706/24

**Period From :** 12/01/2017      **Period To :** 11/01/2021
**Risk Cover :** Construct Primary Casualty-RT

*Please note that we have  **CREDITED**  your account as follows :*

| Description | Amount In SAR |
|---|---|
| Being 12 % Commission (Exclusive of VAT) on Construct Primary Casualty-RT Policy P/11/706/24 | 217,741.92 |
| **Total Amount Including VAT :** | 217,741.92 |

SAR TWO HUNDRED SEVENTEEN THOUSAND SEVEN HUNDRED FORTY-ONE AND HALALEH NINETY-TWO ONLY

Approved By:    Qasim Mughal

Authorized Signatory

# MetLife | AIG
## anb cooperative insurance

# "COMPREHENSIVE GENERAL LIABILITY"

**MetLife – AIG – ANB Cooperative Insurance Company**
*Al-Munajem Tower - King Fahed Road - Olaya District*
*P.O. Box: 56437, Riyadh 11554*
*Kingdom of Saudi Arabia*
*Tel.: +966 (11) 5109300  Fax: +966 (11) 5109396*
*Website: www.metlifeaiganb.com*
*For more information, please contact us at: info@metlifeiaiganb.com*

| | | |
|---|---|---|
| It is particulary requested that this policy be carefully read and at once returned to the Company should any corrections be necessary. | إسم المنتج<br>**Name of the product**<br>**CGL** | المرجو قراءة هذا العقد بكل دقه وإرجاعه حالاً إلى الشركة إذا وجد هنالك إصلاحات لازمة وضرورية |

**Head office**

المركز الرئيسي
العنوان بالتفصيل

**POLICY No. P/11/706/24**

رقم   بوليصة تأمين

| This Insurance policy complies with Article seventy of the implementing regulations of the law on supervision of Cooperative Insurance Companies, set by the Saudi Arabian Monetary Agency (SAMA) regarding Insurance Surplus distribution Equation | يخضع عقد التأمين هذا للمادة سبعون من اللائحة التنفيذية لنظام مراقبة شركات التأمين التعاوني والصادرة عن مؤسسة النقد العربي السعودي ,وذلك فيما يخص معادلة توزيع فائض عمليات التأمين |
|---|---|

**Name of Insured and Address**
Dynamic Industries Saudi Arabia Ltd Co

إسم المؤمن وعنوانه

**Producer Name and Address**
Marsh Saudi Arabia Insurance and Reinsurance Brokers
Khobar, Saudi Arabia

إسم الوسيط وعنوانه

**Total Sum Insured: Limit**
As per schedule attached

جملة مبلغ التأمين

**Territory:**
Worldwide Incl. USA & Canada

الحدود الجغرافية للتغطية

رسوم التأمين

**Premium:**
SR 1,814,516

**Deductible E.E.L.**
SR 937,500

التحمل من كل حادث

**Commission**
As agreed

| | سنة<br>سنة | من شهر<br>من شهر | يبدأ هذا التأمين في الساعة الوقت بعد ظهر اليوم<br>وينتهي     في الساعة الوقت بعد ظهر اليوم |
|---|---|---|---|

**Period of Insurance commencing at 12ᵗʰ day of January 2017 and terminating on the 11ᵗʰ day of January 2021**

| | | وقعت في هذا اليوم |
|---|---|---|
| **Signed this**<br>**Branch / Agency**<br>**Address** | | فرع / وكالة<br>العنوان |

003



*"CGL"*

## POLICY SCHEDULE ATTACHING POLICY NO. P/11/706/24

*METLIFE – AIG – ANB COOPERATIVE INSURANCE COMPANY*
*Al-Munajem Tower - King Fahed Road - Olaya District*
*P.O. Box: 56437, Riyadh 11554*
*Kingdom of Saudi Arabia*
*Tel.: +966 (11) 5109300  Fax: +966 (11) 5109396*
*Website: www.metlifeaiganb.com*
*For more information, please contact us at: info@metlifeaiganb.com*

| TYPE | Comprehensive General Liability |
|---|---|
| | Occurrence form as per SAMA approved wording |
| **INSURED** | Principal Insureds: |

Principal Insureds:

1. Aramco Overseas Company BV and/or Dynamic Industries International, Saudi Arabia Oil Company (Saudi Aramco) and/or Dynamic Industries Saudi Arabia

2. Parent and/or subsdiary and/or affiliated and/or associated and/or inter-related companies and/or limited liablity companies and/or general and/or limited partners of the above as they are now or may thereafter be constituted and their directors, officers and employees while acting in their capacities as such.

Other Assureds:

3. Project managers

4. Any othe company, firm, person or party (including contractors and/or sub-contractors and/or manufacturers and/or suppliers) with whome the Insured(s) named in i, ii, iii and iv have entered into written contract(s) directly in connection with the project.

Insured's address:

Aramco Overseas Company BV
Scheveningseweg 62-66
2517KX The Hague
The Netherlands

Dynamic Industries International LLC
10777 Westheimer Rd Suite 975
Houston Texas 77042
USA

| PERIOD | The policy attaches with effect from 12-Jan-2017 to 11-Jan-2021 including 12 months maintenance period 0:01 hours local standard time at the address of the original insured and insures in respect of each part, item or portion of the property insured herein which is at risk of an insured at inception or which becomes at risk of an insured after inception and shall cover continuously thereafter until completion of the last part, item or portion of the property insured herein, and issuance of all provisional acceptance certificate whichever the later, expected not later than 36 months from 12-January-2017 23:59 hours local standard time at the address of the insured but not beyond 11-January-2021 23:59 hours local standard time at the address of the insured. |
|---|---|
| | Coverage shall attach from the time materials and/or parts come at risk of an insured including work carried out at contractors and/or sub-contractors and/or manufacturer and/or suppliers premises and all transit (on and offshore) and shall continue during all operations until expiry as defined above. |
| | Legal and/or contractual coverage shall attach from commencement of signing individual contracts. |
| | Maintenance period – Coverage shall continue during the maintenance period(s) of specific contracts (subject to the terms, conditions and exclusions in the wording), up to a period o 12 months after expiry of the project period. |
| | Discover period – The discovery period of 12 months (subject to the terms and conditions in the wording) shall commence on expiry of the project period and run concurrently with the maintenance period. |
| INTEREST | Project Name: Pipe replacement at Berri Oil Field, Eastern Region- KSA |
| | All contract works including design verification (in some package detail design), field surveying (topside and hydrographic), procurement, fabrication, load-out, transportation, demolition, onshore/offshore installation, testing, hook-up, pre-commissioning, submission of project's documentation, records, as-built drawings, final documentation, and close-out following company procedures for hand-over and submittal requirement for all facilities under the scope of work. |
| | Third party legal liability and/or contractual liability includes legal liability for owned, non-owned and hired motor vehicles for personal injury, death or property damage resulting form each occurrence in excess of statutory liability. Damage to Existing Property DTEP |
| LIMIT OF LIABILITY | • USD 100,000,000 combined single limit any one occurrence in respect of offshore third-party liabilities<br><br>• USD 10,000,00 any one occurrence in respect of onshore third-party liabilities<br><br>Sub-limits:<br> • USD 100,000,000 any one occurrence and in the aggregate for the period for offshore damage to existing property<br><br> • USD 10,000,000 any one occurrence and in the aggregate for the period for onshore damage to existing property |
| DEDUCTIBLE | USD 250,000 each and every occurrence |
| SITUATION | Worldwide including USA and Canada in connection with the project |

| ORIGINAL CONDITIONS | 1. Watercraft exclusion endorsement<br>2. Legal liability for owned, non-owned and hired motor vehicles for personal injury, death or property damage resulting from each occurrence in excess of statutory liability limits or USD 1,000,000 any one occurrence whichever is higher<br>3. Cross liability<br>4. Maintenance period<br>5. Indemnity to other persons<br>6. Contractual liability<br>7. Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion clause CL 370<br>8. Institute Cyber Attach exclusion clause CL 380<br>9. Sanction limitation and exclusion clause LMA 3100<br>10. Claims surveyors: Braemer Steege and/or MathewsDaniel and/or CTC Services, Crawford and Company or others which to be agreed. The claims surveyor shall not be the warranty surveyor<br>11. War and terrorism exclusion<br>12. Political risk exclusion |
| --- | --- |
| CHOICE OF LAW AND JURISDICTION | Saudi Arabia |
| PREMIUM | USD 483,871 (SR 1,814,516) for period |
| PPW | LSW 3001 120/30 amended |
| PROJECT VALUES | |

PROJECT VALUES:

| | In Kingdom Scope | Out of Kingdom Scope |
| --- | --- | --- |
| | Value (SAR) | Value (USD) |
| Mobilization / Demobilization (T&I) | 26,992,031 | |
| Construction Survey and Marker Buoy Installation | 15,866,032 | |
| Hookup and Commissioning Offshore | 73,077,747 | |
| Hookup and Commissioning - Onshore | 25,769,929 | |
| Installation of Pipelines | 241,803,089 | |
| Demolition of Existing Pipelines & Facilities | 95,198,479 | |
| Surveys | 1,614,620 | |
| Subtotal - In Kingdom | 481,321,976 | |
| Mobilization / Demobilization (T&I) | | USD 13,464,364 |
| Engineering | | USD 6,305,546 |
| Material | | USD 50,907,335 |
| Fabrication labor and loadout | | USD 11,440,504 |
| Subtotal - Out of Kingdom | | USD 81,117,732 |

| DAMAGE TO EXISTING PROPERTY | **DAMAGE TO EXISTING PROPERTY / CONTRACTUAL EXCLUSION**<br>It is understood and agreed that h coverage provided shall not apply to any claim or damage to or loss of use of any property which the principal assured:<br><br>1. Owns that is not otherwise provided for in this policy<br>2. Has use of, custody, physical control, access, right of way or an easement to by operation of a contract or agreement, or<br>3. Is liable or claimed to be liable for by operation of any indemnification, hold harmless or similar provision contained within any contract or agreement<br><br>**EXISTING PROPERTY / CONTRACTUAL EXCLUSION BUY-BACK**<br>Notwithstanding the existing property contractual exclusion above, it shall not apply to any claim or physical loss of and/or physical damage to existing property identified per schedule below:<br><br>Berri Field Assets:<br>• BBRI 95/100<br>• BRRI TP-2<br>• BRRO TP-1<br>• BRRI 58/63<br>• BRRI 52/57<br>• BRRI TP-3<br>• BRRI GOSP-5 |
| **EXCLUSIONS** | The insurance afforded does not apply to actual or alleged liability:<br><br>1. arising out of operations in intentional violation of any national, international, federal or state statute or law;<br><br>2. caused by any automobile, tractor, trailer, vehicle (other than hand propelled), team, locomotive, freight cars or aircraft. This exclusion shall not apply to any crawler type tractor, ditch or trench digger, power crane, shovel, grader, scraper and similar equipment, not subject to motor vehicle registration;<br><br>3. for Bodily Injury or Property Damage directly or indirectly occasioned by, happening through or in consequence of:<br><br>    a. war (whether declared or not), invasion, acts of foreign enemies, hostilities, civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalisation or requisition or destruction of property by or under the order of any government or public or local authority; or<br><br>    b. the consequence of any act for political or terrorist purposes of any person or persons whether or not agents of a sovereign power and whether or not the loss, damage or expenses resulting therefrom is accidental or intentional;<br><br>4. for indemnification of persons for damage to or loss of their tools, materials or equipment while performing operations for any Assured;<br><br>5. arising out of the use or operation of watercraft, whether owned, time chartered, bareboat chartered or operated by any Assured, or for which any Assured may be responsible other than as declared hereto;<br><br>6. to an Assured's employees, whether the Assured is liable as an employer or in any |

other capacity, including without limiting the generality of the foregoing any liability under any workers' compensation law, unemployment compensation law, disability benefit law, United States Longshoremen's and Harbour Workers' Compensation Act, Jones Act, Death on the High Seas Act, General Maritime Law, Federal Employers' Liability Act, or any similar laws of liabilities, and/or whether by reason of the : relationship of master and servant or employer and employee or not.

7.  to the spouse, child, parent, brother, sister, relative, dependent or estate of any employee of an Assured arising out of the bodily and/or personal injury to or illness or death of said employee, whether the Assured may be liable as an employer or in any other capacity whatsoever;

8.  arising out of Bodily Injury to any employee of the Assured, including without limiting the generality of the foregoing any such liability for (i) indemnity or contribution whether in tort, contract or otherwise and (ii) any liability of such other parties assumed under contract or agreement;

9.  of any employee of any Assured with respect to Bodily Injury to another employee of the Assured sustained in the course of such employment;

10. which any director, officer, partner, principal, employee or stockholder of the Assured may have to any employee of any Assured;

11. for loss of or damage to any well or hole,
    i. which is being drilled or worked over by or on behalf of the Assured, or
    ii. which is in the care, custody or control of the Assured, or
    iii. in connection with which the Assured has provided services, equipment or materials;

12. for any cost or expense incurred in redrilling or restoring any such well or hole or any substitute well or hole;

13. for loss of or damage to any drilling tool, pipe, collar, casing, bit, pump, drilling or well servicing machinery, or any other equipment while it is below the surface of the earth in any well or hole:

    i. which is being drilled or worked over by or on behalf of the Assured, or
    ii. which is in the care, custody or control of the Assured, or
    iii. in connection with which the Assured has provided services, equipment or materials;

14. for costs or expenses incurred in
    i. controlling or bringing under control any wells or holes, or
    ii. extinguishing fire in or from any such wells or holes, or
    iii. drilling relief wells or holes, whether or not the relief wells or holes are successful;

15. for Bodily Injury or Property Damage directly or indirectly caused by or arising out of seepage, pollution or contamination however caused whenever or wherever happening;

    This exclusion shall not apply when the Assured has established all of the following conditions:
    a. the seepage, pollution or contamination was caused by an event;
    b. the event first commenced on an identified specific date during the Policy

Period set out in Item 3 of the Declarations;

c. the event was first discovered by the Assured within 14 days of such commencement;

d. Underwriters received written notification of the event from the Assured within 60 days of the Assured's first discovery of the event; and

e. the event did not result from the Assured's intentional violation of any statute, rule, ordinance or regulation.

f. provided limit of indemnity does not exceed sub-limits mentioned in the aggregate

Even if the above conditions a) to e) are satisfied, this policy does not apply to any actual or alleged liability:

i. to evaluate, monitor, control, remove, nullify or clean up seeping, polluting or contaminating substances to the extent such liability arises solely from any obligations imposed by any statute, rule, ordinance, regulation or imposed by contract;

ii. to abate or investigate any threat of seepage onto or pollution or contamination of the property of a third party;

iii. for seepage, pollution or contamination of property which is or was, at any time, owned, leased, rented or occupied by any Assured, or which is or was at any time in the care, custody or control of any Assured (including the soil, minerals, water or any other substance on, in or under such owned, leased, rented or occupied property or property in such care, custody or control);

iv. arising directly out of the transportation by the Assured of oil (other than fuel or other substances used in furtherance of the Assured's operations) or other similar substances by watercraft; or

v. arising directly or indirectly from seepage, pollution or contamination which is intended from the standpoint of the Assured or any other person or organization acting for or on behalf of the Assured;

16. for or arising out of the handling, processing, treatment, storage, disposal, dumping, monitoring, controlling, removing or cleaning-up of any waste materials or substances, or arising out of such waste materials during transportation;

17. for loss of, damage to, or loss of use of property directly or indirectly resulting from subsidence caused by sub-surface operations of the Assured;

18. for loss of or damage to sub-surface oil, gas, water, or other substance or material, or for the cost or expense of reducing to physical possession above the surface of the earth any oil, gas, water, or other substance or material, or for the cost or expense incurred or rendered necessary to prevent or minimize such loss or damage;

19. for fines, penalties, punitive or exemplary damages, including treble damages or any other damages resulting from multiplication of compensatory damages;

20. arising out of goods or products manufactured, sold, handled or distributed by the Assured or by others trading under his name, including any container thereof;

21. for damage to or loss of or loss of use of:
i. property owned or occupied by or rented or leased to the Assured;
ii. property used by the Assured; or
iii. property in the care, custody or control of the Assured or over which the Assured is for any purpose exercising physical control;

22. for the costs of removal, recovery, repair, alteration or replacement of any product (or any part thereof) which fails to perform the function for which it was manufactured, designed, sold, supplied, installed, repaired or altered by or on behalf of the Assured in the normal course of the Assured's operations;

23. arising from any negligence, error or omission, malpractice or mistake in providing or failing to provide professional services, which is committed or alleged to have been committed by or on behalf of any Assured in the conduct of any of the Assured's business activities. Professional services include but are not limited to the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and supervisory, inspection, engineering, or data processing services;

24. for Bodily Injury or Property Damage directly or indirectly arising out of: asbestos; carpal tunnel; coal dust; polychlorinated biphenyl's; methyl tertiary butyl ether; silica; benzene; lead; talc; dioxin; electromagnetic fields; pharmaceutical or medical drugs/products/substances/devices; or any substance containing such material or any derivative thereof;

25. for Bodily Injury, Property Damage or expense directly or indirectly caused by or contributed to by or arising from:
i. ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel;
ii. the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof;
iii. any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter; or
iv. radioactive contamination however caused whenever or wherever happening;

26. assumed under a warranty for the fitness or quality of the Assured's products or a warranty that work performed by or on behalf of the Assured will be done in a workmanlike manner;

Dated: 14.11.2019

Authorized Representative
MetLife AIG ANB Cooperative Insurance Company



**MetLife | AIG**

**anb** cooperative insurance

*"CGL"*

# POLICY WORDING – COMPREHENSIVE GENERAL LIABILITY INSURANCE

***MetLife – AIG – ANB Cooperative Insurance Company***
*Al-Munajem Tower - King Fahed Road - Olaya District*
*P.O. Box: 56437, Riyadh 11554*
*Kingdom of Saudi Arabia*
*Tel.: +966 (11) 5109300 Fax: +966 (11) 5109396*
*Website: www.metlifeaiganb.com*
*For more information, please contact us at: info@metlifeaiganb.com*

Policy No (P/11/706/24)

Whereas, the subscriber, whose name and ID No. are mentioned in the subscription application, has acknowledged that he is committed to pay the subscription charges, either by himself or by his representative, to the subscribers' Fund and; Whereas, (Metlife-AIG-ANB Cooperative Insurance Company), herein after referred to as "the Company", manages the cooperative insurance operations and invests the moneys in the subscribers' Fund for their benefits in accordance with the Law on Supervision of Cooperative Insurance Companies and its implementation regulations which are compliant with the Sharia rules, in return for a percentage of the gross premium value underwritten (as defined in the policy schedule) to be taken from the annual net surplus, and shall be moved to the accounts of the shareholders after distributing 10% of the net surplus directly on the subscribers, or by reducing their premiums for the following year.

Therefore, it has been agreed between (Metlife-AIG-ANB Cooperative Insurance Company), in its capacity as manager of the subscriber's Fund, and the subscriber to accept the latter's subscription application to be covered under the cooperative insurance policy, for items listed in the attached schedule, during its validity period, its renewal period or any subsequent term in which the subscriber has an additional subscription.

The subscriber, hereby, shall be jointly covered along with other subscribers for reducing the risks that affect all, or any of them, on the basis of cooperative insurance, as this policy covers the amounts specified in this policy. This shall be in accordance with the terms, conditions and exceptions set forth in this document or in any additional attachment thereof.

رقم الوثيقة: (   )  (   )

فبناءً على إقرار المشترك – المذكور اسمه وسجله المدني بطلب الاشتراك – بالتزامه بتسديد رسم الاشتراك – المدفوع من قِبله أو من ينوب عنه – لصندوق المشتركين. وبما أن شركة ( متلايف والمجموعة الأمريكية الدولية والبنك العربي الوطني للتأمين التعاوني ) – المعبر عنها فيما بعد الشركة – تقوم وفقاً لأحكام نظام مراقبة شركات التأمين التعاوني ولائحته التنفيذية المتوافقين مع أحكام الشريعة الاسلامية بإدارة عمليات التأمين التعاوني واستثمار أموال صندوق المشتركين لصالح المشتركين نظير نسبة مئوية من قيمة أقساط التأمين المكتتبة – تحدد بجدول الوثيقة – تستوفى من الفائض الصافي السنوي، وترحل إلى حساب المساهمين وذلك بعد توزيع (10%) من الفائض الصافي على المشتركين مباشرة أو بتخفيض أقساطهم للسنة التالية.

فقد تم الاتفاق بين شركة ( متلايف والمجموعة الأمريكية الدولية والبنك العربي الوطني للتأمين التعاوني ) – باعتبارها مديرة لصندوق المشتركين، و المشترك على قبول طلبه للدخول تحت غطاء التأمين التعاوني عن البنود المدرجة في الجدول المرفق بهذه الوثيقة أثناء فترة سريانها أو تجديدها أو أي مدة لاحقة اشترك فيها المشترك باشتراك إضافي.

وبهذا يُعد المشترك مؤمنا تعاونيا مع بقية المشتركين لتفتيت الأخطار التي تقع لهم أو لأحدهم على سبيل التأمين التعاوني ؛ حيث تغطي هذه الوثيقة مبالغ التغطية المحددة في هذه الوثيقة ، وذلك وفقا للأحكام و الشروط و الاستثناءات الواردة في هذه الوثيقة أو أي ملحق يضاف إليها.



1

On receipt of your policy, we recommend that you read it carefully in conjunction with the attached schedule. This is to ensure that your policy gives you the protection you need if any details are incorrect, return the schedule immediately.

The schedule specifies the cover you have selected; it is your evidence of insurance and may be required in the event of a claim. If you decide that you do not wish to accept this policy, return it within 24 hours of receipt and provided no claims have been made, we will refund the full premium less SAR 50 for administrative expenses.

Currency used here in this contract and any related documents is Saudi Riyals (SR).

Please note that, this is the English version of this document and the original Arabic Version is available and is to be seen as the prevailing document, should there be any differences between the English and Arabic versions.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the schedule, and any other person or organization qualifying as a Named Insured under this policy. The words **we**, **us** and **our** refer to the **Company** providing this insurance.

The word Insured means any person or organization qualifying as such under Section II - Who Is an Insured.

Other words and phrases that appear in bold type have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

COVERAGE A **BODILY INJURY** AND **PROPERTY DAMAGE** LIABILITY

1.  **Insuring Agreement**

    a.  **We** will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** to which this insurance applies. **We** will have the right and duty to defend the insured against any **suit** seeking those damages. However, **we** will have no duty to defend the insured against any **suit** seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. **We** may, at **our** discretion, investigate any **occurrence** and settle any claim or **suit** that may result. But:

        (1) The amount **we** will pay for damages is limited as described in Section III - Limits Of Insurance; and

        (2) **Our** right and duty to defend end when **we** have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        (3) **Our** duty to defend applies only to those countries in the **coverage territory** where legal circumstances permit **us** to defend. In those countries in the **coverage territory** where legal circumstances do not permit **us** to defend, **we** will reimburse **you** for **your** defense costs, subject to **our** prior authorization.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

    b.  This insurance applies to **bodily injury** and **property damage** only if:

        (1) The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

        (2) The **bodily injury** or **property damage** occurs during the policy period; and

        (3) Any claim or **suit** is made or brought in the **coverage territory** or the United States of America, its territories and possessions, Puerto Rico or Canada.

    c.  Damages because of **bodily injury** include damages claimed by any person or organization for care, loss of services, or death resulting at any time from the **bodily injury**.

2

2. **Exclusions**

This insurance does not apply to:

a.  Expected or Intended Injury

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured.  This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

b.  Contractual Liability

**Bodily injury** or **property damage** for which the insured is obligated to pay as damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1)  That the insured would have in the absence of the contract or agreement; or

(2)  Assumed in a contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement.  Solely for the purposes of liability assumed in an **insured contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of **bodily injury** or **property damage**, provided:

(a)  Liability to such party for, or for the cost of, that party's defense has also been assumed in the same **insured contract**; and

(b)  Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance   applies are alleged.

c.  Liquor Liability

**Bodily injury** or **property damage** for which any insured may be held liable by reason of:

(1)  Causing or contributing to the intoxication of any person;

(2)  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3)  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if **you** are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d.  Workers' Compensation and Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e.  Employer's Liability

**Bodily injury** to:

(1)  An **employee** of the insured arising out of and in the course of:

(a)  Employment by the insured; or

(b)  Performing duties related to the conduct of the insured's business; or

(2)  The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph (1) above.

3

This exclusion applies:

    (a) Whether the insured may be liable as an employer or in any other capacity; and

    (b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an **insured contract**.

f.   Pollution

This insurance does not apply to **Bodily Injury** or **Property Damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acid, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water, but this exclusion does not apply if such discharge, dispersal, release or escape meets **all** five of the following conditions:

    (1) the discharge, dispersal, release or escape must be neither expected nor intended by the Insured, and

    (2) the beginning of the discharge, dispersal, release or escape must take place during the policy period, and

    (3) the discharge, dispersal , release or escape must be physically evident to the Insured or other parties within hours of the beginning of the discharge, dispersal, release or escape, and

    (4) the initial Bodily Injury or Property Damage caused by the discharge, dispersal, release or escape must be ensue within 72 hours of the beginning of the discharge, dispersal, release or escape.

    (5) Notwithstanding anything to the contrary in condition 4, Insured's duties in the event of occurrence, claim or lawsuit, or any other policy conditions, all claims made against the Insured under this coverage must be reported to the company as soon as practicable but not later than 30 days after termination of the policy.

**The term release includes, but is not limited to any of the following: spilling, leaking, pumping, pouring, emitting, emptying, injection, dumping or disposing.**

If the **Insured** and the company should disagree with regard to when a discharge, dispersal, release or escape begins or becomes evident, the burden of proving that all 5 enumerated conditions are met rests with the **Insured**, at the **Insured's** own expense. Until such proof is accepted by the company, the company may, but not obligated to, defend any claim.

g.   Aircraft, **Auto** or Watercraft

**Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and **loading or unloading**.

This exclusion does not apply to:

    (1) A watercraft while ashore on premises **you** own or rent;

    (2) A watercraft **you** do not own that is:

        (a) Less than 50 feet long; and

        (b) Not being used to carry persons or property for a charge;

    (3) Parking an **auto** on, or on the ways next to, premises **you** own or rent, provided the **auto** is not owned by or rented or loaned to **you** or the insured;

    (4) Liability assumed under any **insured contract** for the ownership, maintenance or use of aircraft or watercraft; or

4

(5) **Bodily injury** or **property damage** arising out of the operation of any of the equipment listed in Paragraph f.(2) of.(3) of the definition of **mobile equipment**.

h.  **Mobile equipment**

    **Bodily injury** or **property damage** arising out of:

    (1) The transportation of mobile equipment by an auto owned or operated by or rented or loaned to any insured; or

    (2) The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i.  War

    **Bodily injury** or **property damage** due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, invasion, act of foreign enemy, civil commotion, factional civil commotion, **terrorism**, military or usurped power, rebellion or revolution.

j.  Damage to Property

    **Property damage** to:

    (1) Property **you** own, rent, or occupy;

    (2) Premises **you** sell, give away or abandon, if the **property damage** arises out of any part of those premises;

    (3) Property loaned to you;

    (4) Personal property in the care, custody or control of the insured;

    (5) That particular part of real property on which **you** or any contractors or subcontractors working directly or indirectly on **your** behalf are performing operations, if the **property damage** arises out of those operations; or

    (6) That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

    Paragraphs (1), (3) and (4) of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to **you** for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage to Premises Rented to **You** as described in Section III - Limits of Insurance.

    Paragraph (2) of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by **you**.

    Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

    Paragraph (6) of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

k.  Damage to **Your product**

    **Property damage** to **your product** arising out of it or any part of it.

l.  Damage to Your **work**

    **Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

5

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on **your** behalf by a subcontractor.

m. Damage to **Impaired Property** or Property Not Physically Injured

**Property damage** to **impaired property** or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

(2) A delay or failure by **you** or anyone acting on **your** behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

n. Recall of Products, Work or **Impaired Property**

Damages claimed for any loss, cost or expense incurred by **you** or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) **Your product**;

(2) **Your work**; or

(3) **Impaired property**;

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to **you** or temporarily occupied by **you** with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

o. Employment Related Practices

**Bodily injury** arising out of any:

(1) refusal to employ;

(2) termination of employment;

(3) coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

(4) consequential **bodily injury** as a result of (1) through (3) above.

This exclusion applies whether the **insured** may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

p. **Personal and advertising injury**

**Bodily injury** arising out of **personal and advertising injury**.

q. Asbestos

**Property damage** or **bodily injury**, arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any party because of damages arising out of such **property damage** or **bodily injury** as a result of manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust.

6

COVERAGE B **PERSONAL AND ADVERTISING INJURY** LIABILITY

1. **Insuring Agreement**

   a. **We** will pay those sums that the insured becomes legally obligated to pay as damages because of **personal and advertising injury** to which this insurance applies. **We** will have the right and duty to defend the insured against any **suit** seeking those damages. However, **we** will have no duty to defend the insured against any **suit** seeking damages for **personal and advertising injury** to which this insurance does not apply. **We** may, at **our** discretion, investigate any offense and settle any claim or **suit** that may result. But:

      (1) The amount **we** will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2) **Our** right and duty to defend end when **we** have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under  Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to **personal and advertising injury** caused by an offense arising out of **your** business, but only if the offense was committed in the **coverage territory** during the policy period.

2. **Exclusions**

   This insurance does not apply to:

   a. **Personal and advertising injury**:

      (1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury**;

      (2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

      (4) Arising out of a criminal act committed by or at the direction of any insured;

      (5) Arising out of any refusal to employ; termination of employment; coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, or other employment-related practices, policies, acts or omissions; or consequential **personal injury** as a result of any of the above;

      (6) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

      (7) Arising out of a breach of contract, except an implied contract to use another's advertising idea in **your advertisement**;

      (8) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in **your advertisement**;

      (9) Arising out of the wrong description of the price of goods, products or services stated in **your advertisement**;

      (10)Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 15.a., b. and c. of **personal and advertising injury** under the Definitions Section;

      (11)Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time; or

    (12) Arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any party because of damages arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust.

  b.  **Any loss, cost or expense arising out of any:**

    (1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or

    (2) Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

## COVERAGE C **MEDICAL PAYMENTS**

**1. Insuring Agreement**

  a.  **We** will pay medical expenses as described below for **bodily injury** caused by an accident:

    (1) On premises **you** own or rent;

    (2) On ways next to premises **you** own or rent; or

    (3) Because of **your** operations;

    provided that:

    (1) The accident takes place in the **coverage territory** and during the policy period;

    (2) The expenses are incurred and reported to **us** within one year of the date of the accident; and

    (3) The injured person submits to examination, at **our** expense, by physicians of **our** choice as often as **we** reasonably require.

  b.  **We** will make these payments regardless of fault.  These payments will not exceed the applicable limit of insurance.  **We** will pay reasonable expenses for:

    (1) First aid administered at the time of an accident;

    (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

    (3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

    **We** will not pay expenses for **bodily injury**:

  a.  To any insured.

  b.  To a person hired to do work for or on behalf of any insured or a tenant of any insured.

  c.  To a person injured on that part of premises **you** own or rent that the person normally occupies.

  d.  To a person, whether or not an **employee** of any insured, if benefits for the **bodily injury** are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

8

e.  To a person injured while taking part in athletics.

f.  Included within the **products-completed operations hazard**.

g.  Excluded under Coverage A.

h.  Due to war, whether or not declared, or any act or condition incident to war.  War includes civil war, insurrection, invasion, act of foreign enemy, civil commotion, factional civil commotion, **terrorism**, military or usurped power, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1.  **We** will pay, with respect to any claim **we** investigate or settle or any **suit** against an insured **we** defend:

    a.  All expenses **we** incur.

    b.  Up to SR 937.5 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the **Bodily Injury** Liability Coverage applies. **We** do not have to furnish these bonds.

    c.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. **We** do not have to furnish these bonds.

    d.  All reasonable expenses incurred by the insured at **our** request to assist **us** in the investigation or defense of the claim or **suit**, including actual loss of earnings up to SR 937.5  a day because of time off from work.

    e.  All costs taxed against the insured in the **suit**.

    f.  Prejudgment interest awarded against the insured on that part of the judgment **we** pay.  If **we** make an offer to pay the applicable limit of insurance, **we** will not pay any prejudgment interest based on that period of time after the offer.

    g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before **we** have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

    These payments will not reduce the limits of insurance.

2.  If **we** defend an insured against a **suit** and an indemnitee of the insured is also named as a party to the **suit**, **we** will defend that indemnitee if all of the following conditions are met:

    a.  The **suit** against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an **insured contract**;

    b.  This insurance applies to such liability assumed by the insured;

    c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same **insured contract**;

    d.  The allegations in the **suit** and the information **we** know about the **occurrence** are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

    e.  The indemnitee and the insured ask **us** to conduct and control the defense of that indemnitee against such **suit** and agree that **we** can assign the same counsel to defend the insured and the indemnitee; and

    f.  The indemnitee:

        (1) Agrees in writing to:

            (a)  Cooperate with **us** in the investigation, settlement or defense of the **suit**;

9

(b) Immediately send **us** copies of any demands, notices, summonses or legal papers received in connection with the **suit**;

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with **us** with respect to coordinating other applicable insurance available to the Indemnitee;

and

(2) Provides **us** with written authorization to:

(a) Obtain records and other information related to the suit; and

(b) Conduct and control the defense of the indemnitee in such suit.

So long as the above conditions are met, attorneys' fees incurred by **us** in the defense of that indemnitee, necessary litigation expenses incurred by **us** and necessary litigation expenses incurred by the indemnitee at **our** request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - **Bodily injury** And **Property damage** Liability, such payments will not be deemed to be damages for **bodily injury** and **property damage** and will not reduce the limits of insurance.

**Our** obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

(a) **We** have used up the applicable limit of insurance in the payment of judgments or settlements; or

(b) The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If **you** are designated in the schedule as:

    a. An individual, **you** and **your** spouse are insureds, but only with respect to the conduct of a business of which **you** are the sole owner.

    b. A partnership or joint venture, **you** are an insured. **Your** members, **your** partners, and their spouses are also insureds, but only with respect to the conduct of **your** business.

    c. A limited liability company, **you** are an insured. **Your** members are also insureds, but only with respect to the conduct of **your** business. **Your** managers are insureds, but only with respect to their duties as **your** managers.

    d. An organization other than a partnership, joint venture or limited liability company, **you** are an insured. **Your** executive officers and directors are insureds, but only with respect to their duties as **your** officers or directors. **Your** stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

    a. **Your employees**, other than either **your executive officers** (if **you** are an organization other than a partnership, joint venture or limited liability company) or **your** managers (if **you** are a limited liability company), but only for acts within the scope of their employment by **you** or while performing duties related to the conduct of **your** business. However, none of these **employees** is an insured for:

        (1) **Bodily injury** or **personal and advertising injury**:

            (a) To you, to **your** partners or members (if **you** are a partnership or joint venture), to **your** members (if **you** are a limited liability company), or to a co-**employee** while that co-**employee** is either in the course of his or her employment or while performing duties related to the conduct of **your** business;

10

(b) To the spouse, child, parent, brother or sister of that co-**employee** as a consequence of Paragraph (1) (a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1) (a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) **Property damage** to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by  you, any of **your employees**, any partner or member (if **you** are a partnership or joint venture), or any member (if **you** are a limited liability company).

b.  Any person (other than **your employee**) or any organization while acting as **your** real estate manager.

c.  Any person or organization having proper temporary custody of **your** property if **you** die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until **your** legal representative has been appointed.

d.  **Your** legal representative if **you** die, but only with respect to duties as such.  That representative will have all **your** rights and duties under this Coverage Part.

3.  With respect to **mobile equipment** registered in **your** name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with **your** permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a.  **Bodily injury** to a co-**employee** of the person driving the equipment; or

b.  **Property damage** to property owned by, rented to, in the charge of or occupied by **you** or the employer of any person who is an insured under this provision.

4.  Any organization **you** newly acquire or form, other than a partnership, joint venture or limited liability company, and over which **you** maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.  However:

a.  Coverage under this provision is afforded only until the 90th day after **you** acquire or form the organization or the end of the policy period, whichever is earlier;

b.  Coverage A does not apply to **bodily injury** or **property damage** that occurred before **you** acquired or formed the organization; and

c.  Coverage B does not apply to **personal and advertising injury** arising out of an offense committed before **you** acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the schedule.

11

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the schedule and the rules below fix the most **we** will pay regardless of the number of:

   a. Insureds;

   b. Claims made or **suits** brought; or

   c. Persons or organizations making claims or bringing **suits**.

2. The General Aggregate Limit is the most **we** will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most **we** will pay under Coverage A for damages because of **bodily injury** and **property damage** included in the **products-completed operations hazard**.

4. Subject to 2. above, the **Personal and Advertising Injury** Limit is the most **we** will pay under Coverage B for the sum of all damages because of all **personal and advertising injury** sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each **Occurrence** Limit is the most **we** will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all **bodily injury** and **property damage** arising out of any one **occurrence**.

6. Subject to 5. above, the Damage To Premises Rented To **You** Limit is the most **we** will pay under Coverage A for damages because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to **you** or temporarily occupied by **you** with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most **we** will pay under Coverage C for all medical expenses because of **bodily injury** sustained by any one person.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve **us** of **our** obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. **You** must see to it that **we** are notified as soon as practicable of an **occurrence** or offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the **occurrence** or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

12

(3) The nature and location of any injury or damage arising out of the **occurrence** or offense.

Notice of an **occurrence** or offense is not notice of a claim.

b. If a claim is received by any insured, **you** must:

(1) Immediately record the specifics of the claim and the date received; and

(2) Notify **us** as soon as practicable.

**You** must see to it that **we** receive written notice of the claim as soon as practicable.

c. **You** and any other involved insured must:

(1) Immediately send **us** copies of any demands, notices, summonses or legal papers received in connection with the claim or a **suit**;

(2) Authorize **us** to obtain records and other information;

(3) Cooperate with **us** in the investigation or settlement of the claim or defense against the **suit**; and

(4) Assist **us**, upon **our** request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without **our** consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join **us** as a party or otherwise bring **us** into a **suit** asking for damages from an insured; or

b. To sue **us** on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue **us** to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but **we** will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by **us**, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss **we** cover under Coverages A or B of this Coverage Part, **our** obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, **our** obligations are not affected unless any of the other insurance is also primary. Then, **we** will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is effective prior to the beginning of the policy period shown in the schedule of this insurance and applies to **bodily injury** or property damage on other than a claims-made basis, if:

      (i)  No Retroactive Date is shown in the schedule of this insurance; or

      (ii)  The other insurance has a policy period which continues after the Retroactive Date shown in the schedule of this insurance;

   (b)  That is Fire, Extended Coverage, Builders' Risk, Installation Risk or similar coverage for **your work**;

   (c)  That is Fire insurance for premises rented to **you** or temporarily occupied by **you** with permission of the owner;

   (d)  That is insurance purchased by **you** to cover **your** liability as a tenant for **property damage** to premises rented to **you** or temporarily occupied by **you** with permission of the owner; or

   (e)  If the loss arises out of the maintenance or use of aircraft, **autos** or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A **Bodily injury** And Property Damage Liability.

(2) Any other primary insurance available to **you** covering liability for damages arising out of the premises or operations for which **you** have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, **we** will have no duty under Coverages A or B to defend **you** against any **suit** if any other insurer has a duty to defend **you** against that **suit**.  If no other insurer defends, **we** will undertake to do so, but **we** will be entitled to **your** rights against all those other insurers.

When this insurance is excess over other insurance, **we** will pay only **our** share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

**We** will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the schedule of this Coverage Part.

c.  Method of Sharing

If all of the other insurance permits contribution by equal shares, **we** will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, **we** will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

If **our** policy and any of the other insurance or **your** self-insurance plan in any of the countries shown in the schedule of this Coverage Part cover a loss on the same basis, then **our** policy is excess and will apply as in b. above. If any aggregate limits of **our** policy are exhausted, **you** will reimburse **us** within 30 days of **our** demand for losses or expenses **we** incur under any local policies **we** have issued to **you**.

d.  Program Coordination.

All payments made under any **local underlying policy** will reduce the Limits of Insurance of this policy. **You** agree to reimburse **us** within 30 days of **our** request for any payment **we** make under this policy or under any **local underlying policy** after the applicable aggregate stated in the schedule of this policy is exhausted. The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the schedule, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**5.  Premium Audit**

   a.  **We** will compute all premiums for this Coverage Part in accordance with **our** rules and rates.

   b.  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period **we** will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, **we** will return the excess to the first Named Insured.

   c.  The first Named Insured must keep records of the information **we** need for premium computation, and send **us** copies at such times as **we** may request.

**6.  Representations**

By accepting this policy, **you** agree:

   a.  The statements in the schedule are accurate and complete;

   b.  Those statements are based upon representations **you** made to **us**; and

   c.  **We** have issued this policy in reliance upon **your** representations.

**7.  Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

   a.  As if each Named Insured were the only Named Insured; and

   b.  Separately to each insured against whom claim is made or **suit** is brought.

**8.  Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment **we** have made under this Coverage Part, those rights are transferred to **us**. The insured must do nothing after loss to impair them. At **our** request, the insured will bring **suit** or transfer those rights to **us** and help **us** enforce them.

**9.  When We Do Not Renew**

If **we** decide not to renew this Coverage Part, **we** will mail or deliver to the first Named Insured shown in the schedule written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**10.  Cancellation**

   a.  The first Named Insured shown in the schedule may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   b.  **We** may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
     (1)  30 days before the effective date of cancellation if **we** cancel for non-payment of premium; or
     (2)  60 days before the effective date of cancellation if **we** cancel for any other reason.

     The reasons for which the company may cancel are mentioned in  Appendix 2 of the policy.

   c.  **We** will mail or deliver our notice to the first Named Insured's last mailing address known to us.

   d.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

e. If this policy is canceled, **we** will send the first Named Insured any premium refund due. If **we** cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata on a short rate basis. If the first Named Insured cancels and the Total Advance Program Premium is indicated as a minimum premium, no refund will be made. The cancellation will be effective even if **we** have not made or offered a refund.

f. If notice is mailed, proof of mailing will be sufficient proof of notice.

## 11. Changes

This policy contains all the agreements between **you** and **us** concerning the insurance afforded. The first Named Insured shown in the schedule is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by **us** and made a part of this policy.

## 12. Examination of Your Books and Records

**We** may examine and audit **your** books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## 13. Inspections and Surveys

a. **We** have the right to:

   (1) make inspections and surveys at any time;

   (2) give **you** reports on the conditions **we** find; and

   (3) recommend changes.

b. We are not obligated to make any inspections, surveys, reports or recommendations, and such actions we do make relate only to insurability and the premiums to be charged. **We** do not make safety inspections. **We** do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And, we do not warrant that conditions:

   (1) are safe or healthful; or
   (2) comply with laws, regulations, codes or standards.

d. Paragraphs a. and b. of this condition apply not only to **us**, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

e. Paragraph b. of this condition does not apply to any inspections, surveys, reports or recommendations **we** may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## 14. Premiums

The first Named Insured shown in the schedule:

a. is responsible for the payment of all premiums; and

b. will be the payee for any return premiums we pay.

## 15. Transfer of Your Rights and Duties Under This Policy

**Your** rights and duties under this policy may not be transferred without **our** written consent except in the case of death of an individual Named Insured.

If **you** die, your rights and duties will be transferred to **your** legal representative, but only while acting within the scope of duties as **your** legal representative. Until **your** legal representative is appointed, anyone having proper temporary custody of **your** property will have **your** right and duties, but only with respect to that property.

16

**16. Surplus Distribution & Participation:**

10% of the net surplus arising from insurance operations shall be distributed to the policyholders directly or in the form of reduction in premiums for the next year. The remaining 90% of the net surplus shall be transferred to the shareholders' income statement. The amount, time and manner of and eligibility to such distribution are subject to Article 70 of SAMA's regulation.

**17. Renewal Guidance**

The Insurer will approach you ahead of the policy renewal date to renew this policy. The Renewal terms offered by the insurer will form the basis of the contract for the renewal period and both the insured and the insurer have a choice to either continue or discontinue the policy from the renewal date. As an insured, it is advisable that you arrange for the renewal insurance premium at that time to avoid any break in insurance protection.

**18. Arbitration & Governing Law**

If any difference shall arise as to the amount to be paid under this Policy (liability being otherwise admitted) which cannot be resolved by agreement between the insurer and the policyholder within sixty (60) days from the date of written notice of such dispute shall be referred to arbitration in the Kingdom of Saudi Arabia. This Policy is governed by the laws of the Kingdom of Saudi Arabia. The policy is ultimately subject to the jurisdiction of Saudi Arabian Committees for Resolution of Insurance Disputes and Violations. The making of an award shall be a condition precedent to any right of action against the Company.

**SECTION V - DEFINITIONS**

1.  *Advertisement **means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.***

2.  **Auto** means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment.  But **auto** does not include **mobile equipment**.

3.  **Bodily injury** means **bodily injury**, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.  **Coverage territory** means anywhere in the world, including International waters or airspace, but excluding:

    a.  The United States of America, (including its territories and possessions), Puerto Rico and Canada; and

    b.  those countries against which The Office of Foreign Assets Control of the U.S. Department of the Treasury administers and enforces economic and trade sanctions in effect at the time of an **occurrence**.

5.  **Employee** includes a **leased worker**.  **Employee** does not include a **temporary worker**.

6.  **Executive officer** means a person holding any of the officer positions created by **your** charter, constitution, by-laws or any other similar governing document.

7.  **Hostile fire** means one which becomes uncontrollable or breaks out from where it was intended to be.

8.  **Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

    a.  It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

    b.  **You** have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

        a.  The repair, replacement, adjustment or removal of **your product** or **your work**; or

17

      b.      **Your** fulfilling the terms of the contract or agreement.

9. **Insured contract** means:

    a.   A contract for a lease of premises.  However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to **you** or temporarily occupied by **you** with permission of the owner is not an **insured contract**;

    b.   A sidetrack agreement;

    c.   Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    d.   An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e.   An elevator maintenance agreement;

    f.   That part of any other contract or agreement pertaining to **your** business (including an indemnification of a municipality in connection with work performed for a municipality) under which **you** assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph f. does not include that part of any contract or agreement:

    (1)  That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    (2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        (a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

        (b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    (3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. **Leased worker** means a person leased to **you** by a labor-leasing firm under an agreement between **you** and the labor-leasing firm, to perform duties related to the conduct of **your** business. **Leased worker** does not include a **temporary worker**.

11. **Loading or unloading** means the handling of property:

    a.   After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

    b.   While it is in or on an aircraft, watercraft or **auto**; or

    c.   While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

    but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or **auto**.

12. **Local underlying policy** means a primary policy effective on or after the inception of this policy which has been issued at **our** direction or coordinated by **us** specifically for this insurance program.

13. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

18

a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.  Vehicles maintained for use solely on or next to premises **you** own or rent;

c.  Vehicles that travel on crawler treads;

d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    (1)  Power cranes, shovels, loaders, diggers or drills; or

    (2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

e.  Vehicles not described in a, b, c, or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    (1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    (2)  Cherry pickers and similar devices used to raise or lower workers;

f.  Vehicles not described in a., b, c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

    (1)  Equipment designed primarily for:

        (a)  Snow removal;

        (b)  Road maintenance, but not construction or resurfacing; or

        (c)  Street cleaning;

    (2)  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (3)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

14. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

15. **Personal and advertising injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

a.  False arrest, detention or imprisonment;

b.  Malicious prosecution;

c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d.  Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e.  Oral or written publication of material that violates a person's right of privacy;

f.  The use of another's advertising idea in **your advertisement**; or

19

g.  Infringing upon another's copyright, trade dress or slogan in **your advertisement**.

16.  **Pollutants** mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled,

17.  **Products-completed operations hazard**:

a.  Includes all **bodily injury** and **property damage** occurring away from premises **you** own or rent and arising out of **your product** or **your work** except:

(1)  Products that are still in your physical possession; or

(2)  Work that has not yet been completed or abandoned.  However, your work will be deemed completed at the earliest of the following times:

(a)  When all of the work called for in **your** contract has been completed.
(b)  When all of the work to be done at the job site has been completed if **your** contract calls for work at more than one job site.
(c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

(3)  Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b.  Does not include bodily injury or property damage arising out of:

(1)  The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the loading or unloading of that vehicle by any insured;

(2)  The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3)  Products or operations for which the classification, listed in the policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

18.  **Property damage** means:

a.  Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.  Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

19.  **Suit** means a civil proceeding in which damages because of **bodily injury**, property damage or **personal and advertising injury** to which this insurance applies are alleged. **Suit** includes:

a.  An arbitration proceeding in which such damages claimed and to which the insured must submit or does submit with **our** consent; or

b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with **our** consent.

20.  **Temporary worker** means a person who is furnished to you to substitute for a permanent employee on leave or to meet seasonal or short-term workload conditions.

20

20. **Terrorism** means the unlawful use of violence against persons or property to further political objectives, and which is intended to intimidate or coerce a government, individuals or persons to modify their behavior or policies, or an act which is verified by the United States Department of State as an act of **terrorism**. **Terrorism** does not include:

    a. Any act of violence directed at a specific individual or individuals which is motivated by personal reasons specific to the parties, i. e., robbery, crime of passion, murder; or

    b. Any act of war or civil war.

21. **Your product** means:

    a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        (1) You;

        (2) Others trading under **your** name; or

        (3) A person or organization whose business or assets **you** have acquired; and

    b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**Your product** includes:

    a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

    b. The providing of or failure to provide warnings or instructions.

**Your product** does not include vending machines or other property rented to or located for the use of others but not sold.

23. **Your work** means:

    a. Work or operations performed by **you** or on **your** behalf; and

    b. Materials, parts or equipment furnished in connection with such work or operations.

**Your work** includes:

    a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**; and

    b. The providing of or failure to provide warnings or instructions.

Should you feel that you have been unfairly treated or wish to complain regarding your policy, the following contact details may be utilized to put forward your grievances:

Customer Service Group
**MetLife - AIG - ANB Cooperative Insurance Company**
Al-Munajem Tower - King Fahad Road - Olaya District
P.O. Box: 56437, Riyadh 11554
Kingdom of Saudi Arabia
Tel.: +966 (11) 5109300
Fax: +966 (11) 5109396
Email: Customerservices@metlifeaiganb.com

21

## APPENDIX 1 - SHORT RATE TABLE

The Short Period Premium Computation / Refund Premium will be computed as below.

(a) Refund Premium is subject to no 'non-recoverable', paid, outstanding claims only.
(b) Short Period Computation as follows, when cancellation up on the client's request:

| Short Period Cancellation | | |
|---|---|---|
| | Covered Period | Refund Premium Rate ( of the charged Premium ) |
| 1 | Up to 7 days | 87.50% |
| 2 | 8 days -30 days | 75.00% |
| 3 | 31 days - 60 days | 62.50% |
| 4 | 61 days - 90 days | 50.00% |
| 5 | 91 days - 120 days | 37.50% |
| 6 | 121 days - 180 days | 25.00% |
| 7 | 181 days - 240 days | 12.50% |
| 8 | 241+ days | 0.00% |

## APPENDIX 2 – REASONS FOR WHICH COMPANY MAY CANCEL

a) Any non-disclosure, misrepresentation of any material fact by the insured, in respect of this insurance. (A material fact is one which affects the judgment of the Insurer in deciding whether to accept a risk and on what terms. For an existing insurance, it affects their judgment as to whether to continue to insure the risk and on what terms).
b) Any non-observance of the terms of this insurance contract by the insured.
c) Non-payment of premium by the insured on due dates agreed.
d) Any alterations effected by the insured, which adversely changes the profile of the risk insured
e) Fraudulent claims lodged by the insured
f) Non-cooperation of the insured, with Insurers / their representatives / loss adjusters / investigators either in respect of any claim or otherwise.
g) When the Insured is not allowed to operate by any Government authorities, or when the premises where the insured items are kept, are declared unsafe for occupation by the authorities concerned, or when the insured's commercial license has been revoked.
h) Non-implementation of any Loss Minimisation / Risk Improvement suggestions made by the insurers.
However,

I. the insurers are not obliged to provide any notice of cancellation or return of premium, in respect of (e) above; and

II. in respect of (a) above, the insurers shall be entitled to deduct any expenses incurred by them towards the issuance of this policy, from such refund of premium payable upon cancellation

**APPENDIX 3 – OTHER DEFINITIONS / GLOSSARY**

"**Period of insurance**" means the period during which the insurance cover provided by this policy is       in effect as reflected in the Policy Schedule and the policy.

"**Deductible**" means the amount, which is borne by the insured for each and every damage / loss. The company's liability commences after using up the deductible.

"**Endorsement**" means a printed text issued by the company, whether at the commencement of cover or during the policy validity, for amending or adding or deleting coverage accorded under this policy.

**Applicable law:** In the absence of any written agreement to the contrary as mentioned in the policy schedule the law applicable to this contract will be Kingdom of Saudi Arabia law.

**Schedule:** This form part of the policy that details information provided to the Insured and forms the basis of the contract showing the coverage/s and limits selected.

**Jurisdiction and applicable laws:** Any dispute arising out of this policy shall be subject and governed by applicable laws and regulations of the Kingdom of Saudi Arabia, and the Insurance disputes committees stated in article (20) of the Cooperative Insurance Companies Control Law issued by royal decree No. (M/32) dated 02/06/1424H, shall be the only competent bodies to deal with such disputes.

**Territory:** The Territory is the Geographical Limit of coverage accorded by this policy as mentioned in the Policy Schedule. The Territory applicable is Saudi Arabia unless specified differently in the Policy Schedule.

In Witness Whereof, this policy has been signed at Riyadh, Kingdom of Saudi Arabia.

Dated: 14.11.2019

Authorized Representative
MetLife AIG - ANB Cooperative Insurance Company



# ENDORSEMENTS ATTACHING TO POLICY NO. P/11/706/24

**MetLife – AIG – ANB Cooperative Insurance Company**
Al-Munajem Tower - King Fahad Road - Olaya District
P.O. Box: 56437, Riyadh 11554
Kingdom of Saudi Arabia
Tel.: +966 (11) 5109300  Fax: +966 (11) 5109396
Website: www.metlifeaiganb.com
For more information, please contact us at: info@metlifeaiganb.com

**WATERCRAFT EXCLUSION ENDORSEMENT**
Subject always to the terms and conditions of the policy hereunder, underwriters hereby agree that the watercraft exclusion is deleted subject to watercraft associated with the project maintaining protection and indemnity (P&I) cover up to minimum of hull value. Including specialist operation cover.

This exclusion is subject to a minimum attachment of USD 25,000,000 any one occurrence.

**MOTOR VEHICLES**
Legal liability for owned, non-owned and hired motor vehicles for personal injury, death or property damage resulting from each occurrence in excess of statutory liability limits or USD 1,000,000 any one occurrence whichever is higher

**CROSS LIABILITY**
For the purpose of the indemnity granted by this section of this contract of insurance, claims made by any of the parties described as the insured against any other party so described shall be treated as though the party claiming was not named as the insured in this contract of insurance. Insurers waive all rights of subrogation that they may have, or acquire, against any of the said parties.

The insurers' total liability in respect of the insured parties shall not however exceed for any one occurrence the limit of indemnity stated in the risk details.

**MAINTENANCE PERIOD**
This section continues to insure the legal liability of the insured parties as defined in this section during the maintenance period stated in the risk details, but cover provided hereunder to the principal (unless specifically agreed in writing by the insurers)shall not extend to cover liability arising out of the operation of the project by the principal during the maintenance period.

**INDEMNITY TO OTHER PERSONS**
The liability of the insured (and the individual liability of officers, committees and member in their respective capacities) for canteens, social and sports or welfare organizations, or of first aid, fire or ambulance services provided in connection with the project, shall be indemnifiable hereunder. Such officers, committees and members shall, as though they were the insured, be subject to the terms of the contract of insurance, so far applicable.



Page **1** of **4**

**CONTRACTUAL LIABILITY**
Liability assumed by the insured under contract or agreement and which would not have attached in the absence of such contract or agreement shall be the subject to indemnity under this section only if the conduct and control of any claim so relating is vested in the insurers and subject to the terms of this contract of insurance

**INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE**
This clause shall be paramount and shall override anything contained in this policy inconsistent therewith.
In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from:

1. ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel
2. the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof
3. any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matte
4. the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes
5. any chemical, biological, bio-chemical, or electromagnetic weapon

CL.370 (10/11/2003)

**INSTITUTE CYBER ATTACH EXCLUSION CLAUSE CL 380**
1.1 Subject only to clause 1.2 below, in no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus or process or any other electronic system.

1.2 Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, clause 1.1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

**LSW 3001 PREMIUM PAYMENT CLAUSE**
Notwithstanding any provision to the contrary within this contract or any endorsement hereto, in respect of non-payment of premium only the following clause will apply.

The (Re)Insured undertakes that premium will be paid in full to (Re)Insurers within 60 days of binding of this contract (or, in respect of instalment premiums, when due).

If the premium due under this contract has not been so paid to (Re)Insurers by the 60th day from binding of this contract (and, in respect of instalment premiums, by the date they are due) (Re)Insurers shall have the right to cancel this contract by notifying the (Re)Insured via the broker in writing. In the event of cancellation, premium is due to (Re)Insurers on a pro rata basis for the period that (Re)Insurers are on risk but the full contract premium shall be payable to (Re)Insurers in the event of a loss or occurrence prior to the date of termination which gives rise to a valid claim under this contract.

It is agreed that (Re)Insurers shall give not less than 15 days prior notice of cancellation to the (Re)Insured via the broker. If premium due is paid in full to (Re)Insurers before the notice period expires, notice of cancellation shall

automatically be revoked. If not, the contract shall automatically terminate at the end of the notice period.
If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or
unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in
full force and effect.

LSW 3001 30/9/08

**SANCTION LIMITATION AND EXCLUSION CLAUSE**
No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any
benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit
would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade
or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.
LMA3100
15 September 2010

**WAIVER OF SUBROGATION**
Underwriter agree to waive right of subrogation against any principal assured(s) and/or other assured(s). the assureds
shall not grant any waiver of subrogation to drilling contractors and/or their sub-contractors without obtaining
underwriters' agreement to a specific endorsement to this policy prior to the commencement of operations.

**WAR AND TERRORISM EXCLUSION ENDORSEMENT**
Notwithstanding any provision to the contrary within this insurance or any endorsement thereto it is agreed that this
insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in
connection with any of the following regardless of any other cause or event contributing concurrently or in any other
sequence to the loss;

(1)      war, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war,
rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or
usurped power; or

(2)      any act of terrorism.

For the purpose of this endorsement an act of terrorism means an act, including but not limited to the use of force or
violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in
connection with any organisation(s) or government(s), committed for political, religious, ideological or similar purposes
including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by,
resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to (1)
and/or (2) above.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this
insurance the burden of proving the contrary shall be upon the Assured.
In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full
force and effect.

**POLITICAL RISK EXCLUSION**

This policy does not insure loss or damage / bodily injury or death caused by or resulting from:

Confiscation, expropriation, nationalization, commandeering, requisition or destruction of or damage to property by order of the Government de jure or de facto or any public, municipal or local authority of the country or area in which the property is situated; seizure or destruction under quarantine or customs regulation.

All other terms, conditions and exclusions of this policy remain unchanged.

Dated: 14.11.2019

_____

Authorized Representative
**MetLife - AIG - ANB Cooperative Insurance Company**