**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DYNAMIC INDUSTRIES, INC., DYNAMIC INDUSTRIES INTERNATIONAL, LLC and DYNAMIC INDUSTRIES SAUDI ARABIA, LTD.**<br><br>**VERSUS**<br><br>**METLIFE - AMERICAN INTERNATIONAL GROUP - ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY; WALAA COOPERATIVE INSURANCE CO.; AMERICAN LIFE INSURANCE COMPANY; AIG MEA INVESTMENTS AND SERVICES COMPANY and MARSH & MCLENNAN COMPANIES INC.** | **CIVIL ACTION NO. 2:21-cv-748**<br><br>**JUDGE IVAN L.R. LEMELLE**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER

Considering the forgoing *Ex Parte* Motion for Alternative Service Pursuant to Rule 4(f)(3) filed by Plaintiffs Dynamic Industries, Inc., Dynamic Industries International, LLC, and Dynamic Industries Saudi Arabia, Ltd. ("Plaintiffs"),

**IT IS HEREBY ORDERED** that the Motion is granted, and Plaintiffs are granted leave to serve foreign Defendants Walaa Cooperative Insurance Co. ("Walaa") and Metlife - American International Group - Arab National Bank Cooperative Insurance Company ("MetLife-ANB") with the original Complaint and Summons and a copy of the Complaint and Summons translated into Arabic on Defendants in the following ways:

> (1) by Federal Express or another acceptable international common carrier to Defendant Walaa at 4513, Adh Dhahran Al Khubar Al Janubiyah, Unit No: 8, Al-Khobar 34621-8615, Kingdom of Saudi Arabia and to Defendant Metlife-ANB at 12th Floor, Al Ebdaa Tower, King Fahad Road, Al Shiek Mubarik Al Subah Street Riyadh, 11554, Saudi Arabia

(2) by P.O. box to Defendant Walaa at Adel Khashoggi Building, Custodian of the Two Holy Mosques Road, P.O. Box 31616, Al-Khobar 31952, Kingdom of Saudi Arabia and to Defendant Metlife-ANB at Al-Munajem Tower - King Fahad Road - Olaya District, P.O. Box: 56437, Riyadh 11554, Kingdom of Saudi Arabia; or

(3) by any other means reasonably calculated to provide Defendants with actual notice, if the aforementioned options are unsuccessful, including actual delivery to the registered office and electronic mail

New Orleans, Louisiana this _____ day of April, 2021.


_____
UNITED STATES DISTRICT JUDGE