# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DYNAMIC INDUSTRIES, INC., ET AL** <br><br> **VERSUS** <br><br> **METLIFE - AMERICAN INTERNATIONAL GROUP - ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY, ET AL** | CIVIL ACTION NO. 2:21-cv-748 <br><br> SECTION: B(1) <br><br> JUDGE IVAN L.R. LEMELLE <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD |

## PLAINTIFFS' STATEMENTS OF CORPORATE DISCLOSURE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Dynamic Industries, Inc., Dynamic Industries International L.L.C., and Dynamic Industries Saudi Arabia, Ltd., who, pursuant to Federal Rule of Civil Procedure 7.1 submits these Corporate Disclosure Statements:

1. Dynamic Industries, Inc.'s sole shareholder is Dynamic Industries Holdings, L.L.C. (f/k/a DYNESI, L.L.C.)  There is no publicly held corporation that owns 10% or more of its stock.

2. Dynamic Industries International L.L.C.'s sole member is Dynamic Industries International Holdings, Inc. There is no publicly held corporation that owns 10% or more of its membership.

3. Dynamic Industries Saudi Arabia, Ltd. is owned seventy percent (70%) by Dynamic Industries, Inc. and thirty percent (30%) by Bandariyah International Company, Limited.

Respectfully submitted,

*/s/ L. Etienne Balart*
EDWARD D. WEGMANN (La. #13315)
L. ETIENNE BALART (La. #24951), T.A.
LAUREN C. MASTIO (La. #33077)
TAYLOR K. WIMBERLY (La. #38942)
JONES WALKER LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: 504-582-8584
Facsimile: 504-589-8584
Email: ebalart@joneswalker.com
dwegmann@joneswalker.com
lmastio@joneswalker.com
twimberly@joneswalker.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that on this 11th day of May, 2021, I served via email the forgoing on all counsel of record, who have consented to email notification and electronic service.

*/s/ L. Etienne Balart*