IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DYNAMIC INDUSTRIES, INC.,** | * | **CIVIL ACTION NO. 2:21-cv-748** |
| **DYNAMIC INDUSTRIES** | * | |
| **INTERNATIONAL, LLC, and DYNAMIC** | * | |
| **INDUSTRIES SAUDI ARABIA, LTD.** | * | |
| | * | |
| **VERSUS** | * | **JUDGE IVAN L.R. LEMELLE** |
| | * | |
| **METLIFE – AMERICAN INTERNATIONAL** | * | |
| **GROUP – ARAB NATIONAL BANK** | * | |
| **COOPERATIVE INSURANCE COMPANY,** | * | |
| **WALAA COOPERATIVE INSURANCE CO.,** | * | **MAGISTRATE JUDGE** |
| **AMERICAN LIFE INSURANCE COMPANY,** | * | **JANIS VAN MEERVELD** |
| **AIG MEA INVESTMENTS AND SERVICES** | * | |
| **COMPANY and MARSH & McLENNAN** | * | |
| **COMPANIES INC.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MARSH & McLENNAN COMPANIES, INC'S MOTION TO DISMISS

Defendant, Marsh & McLennan Companies, Inc. ("MMC"), moves to dismiss with prejudice the complaint filed by Plaintiffs, Dynamic Industries, Inc., Dynamic Industries, International, LLC, and Dynamic Industries, Saudi Arabia, Ltd. (collectively, "Dynamic"), pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(6), and (b)(2).

First, although Dynamic asserts that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1333, it is settled law that even claims for damages arising out of a contract or agreement to procure marine insurance are not within the admiralty jurisdiction of the federal courts. This case involves a claim arising out of MMC's alleged failure to procure general liability insurance coverage for Dynamic's Saudi Arabian subsidiary's offshore pipeline replacement project, and is, therefore, even further removed from this Court's admiralty jurisdiction. Second, even if this Court had subject matter jurisdiction over Dynamic's claims against MMC, dismissal is appropriate under Fed. R. Civ. Proc. 12(b)(6) because Dynamic fails to

state a cause of action against MMC.  The exhibits to the Plaintiffs' Complaint establish that MMC did not produce the policy at issue; rather, Marsh Saudi Arabia Insurance and Reinsurance Brokers (Khobar) ("Marsh KSA") produced the policy for Dynamic's Saudi Arabian subsidiary.[1]  Dynamic, therefore, has no viable claim against MMC because MMC did not act as Dynamic's agent nor entered into a contractual relationship with Dynamic for the placement of insurance.

Even if Dynamic could state a claim against MMC under this Court's maritime jurisdiction, Dynamic's claims against MMC are time-barred under Louisiana Revised Statute § 9:5606.  That statute provides that any action against an insurance agent arising out of an engagement to provide insurance services must be brought within one year from the date of the alleged act, omission, or neglect, or within one year from the date that the alleged act, omission, or neglect is discovered or should have been discovered, but in all events, no more than three years from the date of the alleged act, omission, or neglect.  Accordingly, any cause of action that Dynamic may have had against MMC for MMC's alleged failure to procure adequate insurance expired, at the latest, three years after January 12, 2017, when the policy at issue went into effect.

Moreover, even assuming that Dynamic had brought suit against Marsh KSA—the entity that actually produced the policy at issue—dismissal of Dynamic's claims is warranted under Fed. R. Civ. P. 12(b)(2) because this Court does not have personal jurisdiction over Marsh KSA, a Saudi Arabian corporation headquartered in Riyadh, Saudi Arabia, that has no contacts with the State of Louisiana.

WHEREFORE, for the foregoing reasons, Defendant Marsh & McLennan Companies, Inc. respectfully requests that the Court grant its Motion to Dismiss and dismiss Dynamic's claims against MMC with prejudice.

---

[1] *See* R. Doc. 1-2, at 1- 37 (using CM/ECF pagination).

Respectfully submitted:

*/s/ Christopher R. Teske*

Christopher R. Teske (#27106)
Arianna E. de Goede (#37654)
PIPES | MILES | BECKMAN, L.L.C.
1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Fax: (504) 322-7520
cteske@pipesmiles.com
adegoede@pipesmiles.com
*ATTORNEYS FOR DEFENDANT,*
*MARSH & MCLENNAN COMPANIES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Christopher R. Teske*

CHRISTOPHER R. TESKE