UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DYNAMIC INDUSTRIES, INC., DYNAMIC INDUSTRIES INTERNATIONAL, LLC; AND DYNAMIC INDUSTRIES SAUDI ARABIA, LTD.,<br>    Plaintiffs, | NO. 2:21-748-ILRL-JVM |
| VERSUS | SECTION: B |
| METLIFE - AMERICAN INTERNATIONAL GROUP - ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY; WALAA COOPERATIVE INSURANCE CO.; AMERICAN LIFE INSURANCE COMPANY AIG MEA INVESTMENTS AND SERVICES COMPANY; AND MARSH & MCLENNAN CO., INC.<br>    Defendants, | JUDGE: IVAN L.R. LEMELLE<br><br>MAGISTRATE:<br>JANIS VAN MEERVELD |

## AIG MEA INVESTMENTS AND SERVICES, LLC'S MOTION TO DISMISS

Defendant, AIG MEA Investments and Services, LLC ("AIG MEA"), moves to dismiss with prejudice the complaint filed by Plaintiffs, Dynamic Industries, Inc. ("DI"), Dynamic Industries, International, LLC ("DII"), and Dynamic Industries, Saudi Arabia, Ltd. ("DISA) (collectively, "Dynamic"), pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6).

Dismissal of Dynamic's claims is warranted under Fed. R. Civ. P. 12(b)(2) because this Court does not have personal jurisdiction over AIG MEA, a Delaware Limited Liability Company headquartered in New York, New York, that has no contacts with the State of Louisiana. Dismissal is also appropriate under Fed. R. Civ. Proc. 12(b)(3) because the insurance policy allegedly at issue in this litigation includes a forum selection clause, which requires that the parties litigate any coverage disputes under the policy in a Saudi Arabian court under Saudi Arabian law. Finally,

dismissal is warranted under 12(b)(6) because Dynamic fails to state a cause of action against AIG MEA. The insurance policy attached to Dynamic's Complaint establishes that MetLife-AIG-ANB Cooperative Insurance Company ("MAA"), a Saudi Arabian company, issued the policy at issue, not AIG MEA. As shown in the Memorandum in Support, Dynamic has no viable claim against AIG MEA because AIG MEA did not underwrite, broker, or issue the insurance policy.

WHEREFORE, for the foregoing and reasons detailed in the Memorandum in Support, Defendant AIG MEA Investments and Services, LLC respectfully requests that the Court grant its Motion to Dismiss and dismiss Dynamic's claims against AIG MEA with prejudice.

Respectfully Submitted,

 */s/ Brandi N. Cormier*
ROBERT I. SIEGEL (#12063)
E-mail: rsiegel@glllaw.com
BRANDI N. CORMIER (#39146)
E-mail: bcormier@glllaw.com
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax:    (504) 561-1011
*Counsel for Defendant, AIG MEA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

 */s/ Brandi N. Cormier*
BRANDI N. CORMIER