UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DYNAMIC INDUSTRIES, INC., DYNAMIC INDUSTRIES INTERNATIONAL LLC, AND DYNAMIC INDUSTRIES SAUDI ARABIA, LTD** | **CIVIL ACTION NO. 2:21-CV-748-ILRL-JVM** |
| **VERSUS** | **JUDGE IVAN L.R. LEMELLE** |
| **METLIFE – AMERICAN INTERNATIONAL GROUP – ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY, WALAA COOPERATIVE INSURANCE CO. AMERICAN LIFE INSURANCE COMPANY, AIG MEA INVESTMENTS AND SERVICES COMPANY, AND MARSH & MCLENNAN CO., INC.** | **MAGISTRATE JUDGE JANICE VAN MEERVELD** |

### AMERICAN LIFE INSURANCE COMPANY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)

Defendant, American Life Insurance Company ("ALICO"), moves this Court to enter an order dismissing the First Amended Complaint [Doc. 35] of Plaintiffs, Dynamic Industries, Inc.; Dynamic Industries International, LLC; and Dynamic Industries Saudi Arabia, Ltd. (collectively "Plaintiffs"), for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Accordingly, ALICO prays that this motion be granted and that the Court enter an order dismissing Plaintiffs' claims against ALICO with prejudice and at Plaintiffs' cost.

23102389_1

Respectfully submitted:


*/s/ Jay M. Jalenak, Jr.*
Jay M. Jalenak, Jr. (#20234)
**KEAN MILLER LLP**
400 Convention Street, Suite 700 (70802)
Post Office Box 3513
Baton Rouge, LA  70821
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

-and-

Georgia N. Ainsworth (#35022)
909 Poydras Street, Suite 3600
New Orleans, LA  70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3051

-and-

William R. Andrichick (*Pro Hac Vice*)
Michael R. Dockterman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
227 West Monroe Street
Suite 4700
Chicago, IL  60606
Telephone:  (312) 577-1300
Facsimile: (312) 577-1370

***Attorneys for American Life Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following, by operation of the Court's electronic filing system to all known counsel, including the following:

| | |
|---|---|
| Edward D. Wegmann<br>L. Etienne Balart<br>Lauren C. Mastio<br>Taylor K. Wimberly<br>Jones Walker LLP<br>201 St. Charles Ave, 48th Floor<br>New Orleans, LA  70170-5100<br><br>Lauren Courtney Mastio<br>Taylor Katherine Wimberly<br>Jones Walker<br>Place St. Charles<br>201 St. Charles Ave.<br>Suite 5100<br>New Orleans, LA 70170 | Kent A. Lambert<br>Christopher Ogilvie Davis<br>Christopher Matthew Hannan<br>Baker Donelson Bearman Caldwell & Berkowitz<br>201 St. Charles Ave.<br>Suite 3600<br>New Orleans, LA 70170<br><br>Robert I. Siegel (#12063)<br>Brandi N. Cormier (#39146)<br>Gieger, Laborde & Laperouse, LLC<br>One Shell Square<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139-4800<br><br>Christopher R. Teske<br>Arianna Elizabeth DE Goede<br>Pipes Miles Beckman, LLC<br>1100 Poydras Street, Suite 1800<br>New Orleans, LA 70124 |

Baton Rouge, Louisiana this 30th day of July 2021.

                                          */s/Jay M. Jalenak, Jr.*
                                          Jay M. Jalenak, Jr.

23102389_1