UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DYNAMIC INDUSTRIES, INC., DYNAMIC INDUSTRIES INTERNATIONAL, LLC and DYNAMIC INDUSTRIES SAUDI ARABIA, LTD.,** | * * * * | NO. 2:21-CV-748 |
| **Plaintiffs,** | * * | |
| **VERSUS** | * * | JUDGE IVAN L.R. LEMELLE |
| **METLIFE - AMERICAN INTERNATIONAL GROUP – ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY; WALAA COOPERATIVE INSURANCE CO.; AMERICAN LIFE INSURANCE COMPANY; AIG MEA INVESTMENTS AND SERVICES COMPANY and MARSH & MCLENNAN COMPANIES INC.** | * * * * * * * * * | MAG. JANIS VAN MEERVELD |
| **Defendants.** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) AND (2)

NOW INTO COURT, through undersigned counsel, comes Walaa Cooperative Insurance Co. ("Walaa"), in its own right and as successor in interest to the improperly named defendant Metlife - American International Group - Arab National Bank Cooperative Insurance Company (which no longer exists[1]), and files its Motion to Dismiss Plaintiffs' First Amended Complaint ("Complaint," Rec. Doc. 35) pursuant to Rule 12(b)(1) and (2) of the Federal Rules of Civil Procedure. This Court lacks both personal and subject matter jurisdiction over Plaintiffs' unripe claims against Defendant Walaa, as Plaintiffs prematurely and improperly seek relief in a jurisdiction with no relationship to the underlying matter or any potential dispute over a policy issued and delivered in Saudi Arabia - not Louisiana - and covering uniquely Saudi Arabian

---

[1] Walaa and Metlife AIG-ANB merged under Saudi Arabian law effective 1 March 2020. Metlife AIG-ANB no longer exists as a separate legal entity.

concerns. Accordingly, for these reasons, and the other reasons more fully set forth in the accompanying memorandum in support and exhibits, Plaintiffs' claims must be dismissed.

WHEREFORE, Walaa respectfully requests that this Court grant its Motion to Dismiss for lack of personal jurisdiction and subject matter jurisdiction (based on lack of ripeness/justiciability), and dismiss all claims that have been brought against it by Plaintiffs in this action. Walaa further prays for all general and equitable relief to which it is entitled under the premises.[2]

                Respectfully submitted,

                **BAKER, DONELSON, BEARMAN,**
                **CALDWELL & BERKOWITZ, PC**

                */S/ Kent A. Lambert*
                **KENT A. LAMBERT (#22458)**
                **CHRISTOPHER M. HANNAN (#31765)**
                **KRISTEN L. HAYES (#36490)**
                **KENNARD B. DAVIS (#38181)**
                201 St. Charles Avenue, Suite 3600
                New Orleans, LA  70170
                Telephone:    (504) 566-5200
                Facsimile:    (504) 636-4000
                Email:    klambert@bakerdonelson.com
                Email:    channan@bakredonelson.com
                Email:    klhayes@bakerdonelson.com
                Email:    kbdavis@bakerdonelson.com

                **COUNSEL FOR WALAA COOPERATIVE INSURANCE CO.**

---

[2] Walaa further notes that it is contemporaneously filing a Motion to Dismiss for *Forum Non Conveniens*.