# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DYNAMIC INDUSTRIES, INC., DYNAMIC INDUSTRIES INTERNATIONAL, LLC and DYNAMIC INDUSTRIES SAUDI ARABIA, LTD.**<br><br>**VERSUS**<br><br>**METLIFE - AMERICAN INTERNATIONAL GROUP - ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY; WALAA COOPERATIVE INSURANCE CO.; AMERICAN LIFE INSURANCE COMPANY; AIG MEA INVESTMENTS AND SERVICES COMPANY and MARSH & MCLENNAN COMPANIES INC.** | CIVIL ACTION NO. 2:21-cv-748<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Dynamic Industries, Inc. ("DI"), Dynamic Industries International L.L.C. ("DII"), and Dynamic Industries Saudi Arabia, Ltd. ("DISA") (collectively, "Plaintiffs"), hereby stipulate to the dismissals of Defendants AIG MEA Investments and Services, LLC ("AIG MEA") and American Life Insurance Company ("ALICO"), from the above captioned matter, **without prejudice**, and by the filing of this Notice. Neither AIG MEA or ALICO have answered or filed a Motion for Summary Judgment, and dismissal without a court order is proper under Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

WHEREFORE, Plaintiffs dismiss Defendants, AIG MEA and ALICO, from this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ L. Etienne Balart*
EDWARD D. WEGMANN (La. #13315)
L. ETIENNE BALART (La. #24951), T.A.
LAUREN C. MASTIO (La. #33077)
TAYLOR K. WIMBERLY (La. #38942)
JONES WALKER LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: 504-582-8584
Facsimile: 504-589-8584
Email: ebalart@joneswalker.com
dwegmann@joneswalker.com
lmastio@joneswalker.com
twimberly@joneswalker.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by hand, electronic filing, facsimile, email, and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 23rd day of August, 2021.

*/s/ L. Etienne Balart*