UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DYNAMIC INDUSTRIES, INC. ET AL | CIVIL ACTION |
| VERSUS | NO: 21-748 |
| METLIFE-AMERICAN INTERNATIONAL GROUP-ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY ET AL | SECTION "B" (1) |

## O R D E R

IT IS ORDERED that the Motion for Entry of Default filed by Plaintiffs, Rec. Doc. 61, is hereby DENIED.

New Orleans, Louisiana, this 25th day of August 2021.

CAROL L. MICHEL, CLERK
U. S. DISTRICT COURT

by: _____
Dena White, Deputy Clerk