SCHEDULE "H"            CONTRACT NO. 6600035785 (IK)

"This Paragraph 10.5.1 shall not apply to Proposals that involve the substitution of SAUDI ARAMCO-supplied materials for CONTRACTOR-supplied materials."

Replace the deleted sentence with the following:

"This Paragraph 10.5.1 shall not apply to Proposals that involve the substitution of SAUDI ARAMCO-supplied materials for CONTRACTOR-supplied materials or for Proposals that originated by SAUDI ARAMCO."

1.19 <u>Warranties and Remedy of Defects for Stored Facilities</u>

Notwithstanding the provisions of Paragraph 11.3 of Schedule "A", in the event that SAUDI ARAMCO directs CONTRACTOR to store the fabricated FACILITIES or an individual FACILITY in accordance with an approved Change Order or CRPO, then the Warranty and Remedy of Defects provisions set forth in Paragraph 11 of Schedule "A" shall apply for a period of one (1) year after receipt of the FCAN for the FACILITIES or an individual FACILITY and not for a period of one (1) year after the Construction Contractor corrects or completes all of the Exception items, if any, relating to a MCAN or partial MCAN issued pursuant to the agreement between SAUDI ARAMCO and the Construction Contractor as set forth in Paragraph 11.3 of Schedule "A".

1.20 <u>DISTRIBUTION OF RISKS</u>

Delete Paragraph 16.2 of Schedule "A" and replace with the following:

"16.2 The FACILITIES and SAUDI ARAMCO's Other Property

16.2.1     If prior to the end of the last extended warranty period, all or any part of the FACILITIES or SAUDI ARAMCO Other Property are lost, damaged or destroyed, SAUDI ARAMCO may direct CONTRACTOR by Change Order to carry out any reconstruction, repair or replacement WORK (including the removal of debris) and CONTRACTOR shall promptly undertake the WORK so directed.

16.2.2     Separate and apart from the obligations set forth in Paragraph 11.1 and/or Paragraph 11.3, if the loss, damage or destruction of the FACILITIES or SAUDI ARAMCO Other Property is due to an event resulting from the negligence, willful misconduct or

H-14




EXHIBIT 1

SCHEDULE "H"  CONTRACT NO. 6600035785 (IK)

fault of CONTRACTOR or CONTRACTOR GROUP CONTRACTOR shall compensate SAUDI ARAMCO for loss or damage to the FACILITIES or SAUDI ARAMCO Other Property as follows:

*FACILITIES*

a) CONTRACTOR shall be responsible for the first US$ 250,000 (two hundred and fifty thousand) per occurrence of loss and damage to the FACILITIES occurring onshore;

b) CONTRACTOR shall be responsible for the first US$ 1,000,000 (one million) per occurrence of loss and damage to the FACILITIES occurring offshore;

*SAUDI ARAMCO Other Property*

c) CONTRACTOR shall be responsible for the first US$ 250,000 (two hundred and fifty thousand) per occurrence of loss and damage to SAUDI ARAMCO Other Property occurring onshore; and

d) CONTRACTOR shall be responsible for the first US$ 1,000,000 (one million) per occurrence of loss and damage to SAUDI ARAMCO Other Property occurring offshore.

16.2.3  If the loss, damage or destruction of the FACILITIES or SAUDI ARAMCO Other Property is due to a cause other than as set out in Paragraphs 16.2.2 SAUDI ARAMCO shall compensate CONTRACTOR for such WORK in accordance with Paragraph 10.

16.2.4  CONTRACTOR's limitation of liability in Paragraphs 16.2.2 shall not apply to any amounts that are recovered or may be recoverable from any insurance policy maintained under this Contract.

16.2.5  Upon the payment of any claim for which SAUDI ARAMCO is liable hereunder, SAUDI ARAMCO shall be subrogated to all the rights and remedies of CONTRACTOR arising out of such claim. The word "occurrence" shall mean any one loss,




H-15

**EXHIBIT 1**

SCHEDULE "H"                                                CONTRACT NO. 6600035785 (IK)

disaster or casualty or series of losses, disasters or casualties arising out of one event. In respect of the perils of flood, earthquake or windstorm, one event shall be construed to be all losses arising during a continuous period of 72 hours."

1.21 Hostilities and Political Risk

Delete paragraph 16.3 of Schedule "A" and replace it with the following:

16.3   SAUDI ARAMCO assumes liability for and shall indemnify and hold CONTRACTOR harmless against loss of, damage to, or destruction of any of the FACILITIES, Materials incorporated, or to be incorporated, into the FACILITIES after they are delivered to the designated lay-down area at the project WORK Site to the extent such loss, damage or destruction is not recoverable under the CONTRACTOR's or its Subcontractors' insurance coverage and, if such loss, damage or destruction is directly caused by or results from: war; invasion; hostilities (whether war be declared or not); military or usurped power; or confiscation, nationalization, requisition or destruction of or damage to the FACILITIES and Construction Materials by or under the order of any government or public or local authority.

CONTRACTOR assumes liability for, and shall indemnify and hold SAUDI ARAMCO harmless against loss of, damage to, or destruction of those individual items of CONTRACTOR's or its Subcontractors' vessels, barges, boats, tugs, and all other craft (hereafter "Marine Craft") that are used for or intended for use in performing the WORK, if such loss, damage or destruction caused by the aforementioned perils.

1.22 Consequential Damages

Delete Paragraph 16.8.2 of Schedule "A" and replace with the following:

16.8.2   Paragraph 16.8.1 shall not;

(a)   Apply in relation to:

(i)   CONTRACTOR's liability arising from CONTRACTOR's fraud or willful misconduct;

(ii)  CONTRACTOR's liability arising from it repudiating this Contract;

(iii) CONTRACTOR's liability in connection with any breach of Paragraph 21;




EXHIBIT 1