```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DYNAMIC INDUSTRIES, INC., ET AL.            CIVIL ACTION

VERSUS                                      NO. 21-748

METLIFE – AMERICAN INTERNATIONAL            SECTION "B"(1)
GROUP – ARAB NATIONAL BANK COOPERATIVE
INSURANCE COMPANY, ET AL.
```

ORDER

Considering plaintiffs' Notice of Voluntary Dismissal of defendants AIG MEA Investments and Services, LLC and American Life Insurance Company (Rec. Doc. 64),

**IT IS ORDERED** that defendant AIG MEA Investment and Services, LLC's Motion to Dismiss (Rec. Doc. 38) and defendant American Life Insurance Company's Motion to Dismiss The First Amended Complaint Pursuant to Rule 12(b)(6) (Rec. Doc. 43) are **DISMISSED AS MOOT.**

New Orleans, Louisiana this 8th day of November, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE