**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DYNAMIC INDUSTRIES, INC., DYNAMIC INDUSTRIES INTERNATIONAL, LLC and DYNAMIC INDUSTRIES SAUDI ARABIA, LTD., Plaintiffs, | * * * * * NO. 2:21-CV-748 |
| VERSUS | * JUDGE IVAN L.R. LEMELLE |
| METLIFE - AMERICAN INTERNATIONAL GROUP – ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY; WALAA COOPERATIVE INSURANCE CO.; AMERICAN LIFE INSURANCE COMPANY; AIG MEA INVESTMENTS AND SERVICES COMPANY and MARSH & MCLENNAN COMPANIES INC. Defendants. | * * * MAG. JANIS VAN MEERVELD * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN IN FURTHER
SUPPORT OF MOTION FOR PROTECTIVE ORDER TO
STAY DISCOVERY PENDING RULING ON THRESHOLD MOTIONS**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Walaa Cooperative Insurance Co. ("Walaa") (successor in interest to improperly named/non-existent entity Metlife AIG-ANB), and pursuant to Local Rule 7.7, this Court's standard procedures, and the Court's prior scheduling orders with respect to the instant motion (*see* ECF Nos. 95 and 99), respectfully moves this Court for leave to file the accompanying Reply Memorandum in further support of Walaa's s Motion for Protective Order to Stay Discovery Pending Ruling on Threshold Motions (ECF No. 91); and in response to Plaintiff's Opposition (ECF No. 100) in order to address certain inaccurate points and issues raised by Plaintiff's Opposition, but not addressed in Walaa's original memorandum in support (in accordance with the Court's directions regarding replies, e.g. ECF Nos. 95 and 99).

**WHEREFORE**, Walaa respectfully requests the Court grant its request for leave and enter the attached Reply Memorandum into the record in the captioned matter.

1

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*/S/ Kent A. Lambert*

**KENT A. LAMBERT (#22458)
CHRISTOPHER M. HANNAN (#31765)
KRISTEN L. HAYES (#36490)
KENNARD B. DAVIS (#38181)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: klambert@bakerdonelson.com
Email: channan@bakredonelson.com
Email: klhayes@bakerdonelson.com
Email: kbdavis@bakerdonelson.com

**COUNSEL FOR WALAA COOPERATIVE
INSURANCE CO.**

2