```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **DYNAMIC INDUSTRIES, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-748** |
| **METLIFE – AMERICAN INTERNATIONAL GROUP – ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY, ET AL.** | **SECTION "B"(1)** |

### JUDGMENT

In separate opinions, the Court granted Walaa Cooperative Insurance Company ("Walaa")'s motion to dismiss for *forum non conveniens* (Rec. Doc. 106); dismissed as moot Walaa's motion to dismiss pursuant to Rule 12(b)(1) and (2) (Rec. Doc. 106); granted Marsh USA Inc.'s motion to dismiss pursuant to Rule 12(b)(6) (Rec. Doc. 105); denied Marsh USA Inc.'s motion to dismiss pursuant to Rule 12(b)(1) and (2) (Rec. Doc. 105); granted Marsh & McLennan Companies, Inc. ("MMC")'s motion to dismiss pursuant to Rule 12(b)(2) and (6) (Rec. Doc. 105); and denied MMC's motion to dismiss pursuant to Rule 12(b)(1) (Rec. Doc. 105). Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims in the above-captioned action are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana this 28th day of January, 2022

```
                              _____
                              SENIOR UNITED STATES DISTRICT JUDGE
```