# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 22-30033

―――――――――

**A True Copy**
Certified order issued Feb 14, 2022

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

DYNAMIC INDUSTRIES, INCORPORATED; DYNAMIC INDUSTRIES
INTERNATIONAL, L.L.C.; DYNAMIC INDUSTRIES SAUDI ARABIA,
LIMITED,

*Plaintiffs—Appellants,*

*versus*

WALAA COOPERATIVE INSURANCE COMPANY, *improperly named
defendant Metlife - American International Group - Arab National Bank
Cooperative Insurance Company*; MARSH & MCLENNAN COMPANIES,
INCORPORATED, *doing business as* MARSH, INCORPORATED; MARSH
USA, INCORPORATED, *doing business as* MARSH USA RISK
SERVICES,

*Defendants—Appellees.*

―――――――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-748

―――――――――――――――――――――

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 14,
2022, for want of prosecution. The appellant failed to timely order the
transcript and make financial arrangements with the court reporter.

No. 22-30033

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT