# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 18, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30033   Dynamic Indust v. Walaa Coop Ins
                   USDC No. 2:21-CV-748

The court has taken the following action in this case:

Appellants' motion to reopen the appeal is GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Luis Etienne Balart
Mr. Christopher Matthew Hannan
Mrs. Kristen Lewis Hayes
Mr. Kent Andrew Lambert
Ms. Carol L. Michel
Mr. Christopher Rutledge Teske