UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DYNAMIC INDUSTRIES, INC., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-748** |
| **METLIFE – AMERICAN INTERNATIONAL GROUP – ARAB NATIONAL BANK COOPERATIVE INSURANCE COMPANY, ET AL** | **SECTION "B"(1)** |

## AMENDED JUDGMENT

Pursuant to the Circuit's opinion affirming dismissal of all claims and remanding to dismiss claims without prejudice, (Rec. Doc. 120)

**IT IS ORDERED, ADJUDGED, AND DECREED** that the judgment at record document 110 is hereby amended to dismiss all claims in the captioned action **without prejudice.**

New Orleans, Louisiana this 12th day Of April, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE